UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:06-CR-19-R

UNITED STATES OF AMERICA                                                           PLAINTIFF

V

STEVEN D. GREEN                                                                    DEFENDANT

O R D E R

A telephonic further proceedings was held on October 31, 2008.

Appearing:

For the United States:    James R. Lesousky, Jr., AUSA
                          Brian D. Skaret
For the Defendant:        Patrick J. Bouldin

Terri Turner, Official Court Reporter, recorded the proceedings.

**IT IS ORDERED.**

1. A hearing on the Defendant's Motion to Suppress Statements was held on October 29, 2008.

2. The parties stated they would not call any additional witnesses.

3. The United States shall file a brief 2 weeks after the filing of the official court transcript. The Defendant shall file a brief 2 weeks thereafter with any reply due in 1 week. Counsel for the United States shall notify the Court by letter, with a copy to opposing counsel, when the matter is ripe for a decision.

4. The suppression hearing set on November 3, 2008 is **VACATED.**

cc:   Counsel
      AUSA
      US Probation
      US Marshal

| 0 | 15 |   | 2 | 30 |

Thomas B. Russell, Judge
United States District Court

November 3, 2008