## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 07, 2011

Mr. Jeffrey A. Apperson

Re:  Case No. 09-6108/09-6123, *USA v. Steven Green*
     Originating Case No. : 06-00019-001

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Roy G. Ford
                                      Case Manager
                                      Direct Dial No. 513-564-7016

cc:  Mr. Patrick J. Bouldin
     Mr. Frank W. Heft Jr.
     Mr. Michael A. Rotker
     Mr. Scott T Wendelsdorf
     Mr. Darren C. Wolff

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 09-6108/09-6123
_____

Filed: September 07, 2011

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

STEVEN D. GREEN

      Defendant - Appellant

MANDATE

   Pursuant to the court's disposition that was filed 08/16/2011 the mandate for this case hereby issues today.

COSTS:  None